**Joey D. MEACHAM, Plaintiff,**

**v.**

**BURLINGTON NORTHERN & SANTA FE RAILWAY COMPANY, a corporation, Defendant-third-party-plaintiff—Appellant,**

**v.**

**Glacier Motor Sales And Service Inc.; Anderson Service Inc, Third-party-defendants—Appellees.**

No. 03–35989.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2005.*

Decided March 10, 2005.

David R. Paoli, James J. Shea, Esq., Paoli & Shea, P.C., Missoula, MT, for Plaintiff.

Jeff Hedger, Esq., Michelle T. Friend, Esq., Hedger Moyers LLP, Billings, MT, for Defendant–Third–Party–Plaintiff–Appellant.

Fred Simpson, Esq., Robert J. Phillips, Esq., Phillips & Bohyer, P.C., Paul C. Meismer, Esq., Meismer & Associates, Missoula, MT, for Third–Party–Defendants–Appellees.

Before: B. FLETCHER, GOULD, Circuit Judges, and KING, Senior Judge.**

MEMORANDUM ***

We have jurisdiction over this matter pursuant to 28 U.S.C. § 1291, and we affirm the district court's grant of the Third-party Defendants' Joint Motion for Summary Judgment and dismissal of Burlington Northern and Santa Fe Railway Company's third-party claims against Glacier Motor Sales and Service, Inc. and Anderson Service, Inc., for the reasons stated by the district court.

AFFIRMED.

\* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3. Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General. Fed. R.App. P. 43(c)(2).